# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRITTNEY LEANN JOHNSON**                                                            **PLAINTIFF**

v.                            No. 4:25-cv-00018-LPR-JJV

**PARKER DOE,** *Nurse*, **and**
**COURTNEY GARDNER,** *Nurse*                                                         **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe (Doc. 8). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with her inadequate medical care claim against Defendant Courtney Gardner in her personal capacity only.[1] All other claims are DISMISSED without prejudice. The Clerk of the Court is directed to terminate Nurse Parker Doe as a party Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 5th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Although the PRD refers to Defendant Courtney Doe, the case docket was later updated to reflect Nurse Gardner's full name (Courtney Gardner) based on the identifying information provided in her Answer. *See* Order (Doc. 13).