**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRITTNEY LEANN JOHNSON**                                        **PLAINTIFF**

**v.**                                      **No. 4:25-cv-00018-LPR**

**PARKER DOE,** *Nurse*, **and**
**COURTNEY GARDNER,** *Nurse*                                   **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 34). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant Gardner's Motion for Summary Judgment (Doc. 29) is GRANTED. Judgment will be entered for Defendant Gardner on Plaintiff's individual-capacity medical deliberate indifference claims against her.[2] The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Plaintiff filed a Response stating, "I am unable to collect evidence or understand what you are saying to me!" Doc. 35. Discovery was due in this case by September 10, 2025, and dispositive motions were due on or before October 10, 2025. *See* Doc. 12. No additional evidence is necessary because this case is now ripe for a decision on summary judgment.

[2] Technical edits have been made to the RD concerning the disposition of this case.