## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRITTNEY LEANN JOHNSON**                                                          **PLAINTIFF**

**v.**                                              **No. 4:25-cv-00018-LPR**

**PARKER DOE,** *Nurse*, **and**
**COURTNEY GARDNER,** *Nurse*                                              **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that (1) Judgment is hereby entered for Defendant

Gardner on Plaintiff's individual-capacity medical deliberate indifference claims against her, and

(2) all other claims brought in this case are DISMISSED without prejudice.  The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any

related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE